In the Matter of MICHAEL J. HYNDA, an attorney at law.

For the order: *Mr. Frederick C. Vonhof.*

For the respondent: *Mr. Frederick B. Lacey.*

June 29, 1962. Respondent suspended from the practice of law until the further order of the court. Opinion reported at 38 *N. J.* 94.

In the Matter of LAWRENCE G. BELLUSCIO, an attorney at law.

For the order: *Mr. H. Harding Brown.*

For the respondent: *Mr. William J. Fagan* and *Mr. Lawrence G. Belluscio, pro se.*

October 22, 1962. Name of respondent stricken from the roll of attorneys at law. Opinion reported at 38 *N. J.* 355.